| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **Robertson, Anschutz & Schneid, P.L.** <br> 6409 Congress Ave., Suite 100 <br> Boca Raton, FL 33487 <br> Telephone Number 561-241-6901 <br> Attorneys for Secured Creditor <br><br> Kevin Buttery (KB-3800) | |
| In Re: <br><br> Omar A. Ferguson, <br><br> Debtor. | Case No.: 18-14308-MBK <br><br> Judge: Michael B. Kaplan <br><br> Hearing Date: 11/13/2018 <br><br> Chapter 13 |

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Omar A. Ferguson
Case No.: 18-14308-MBK
Caption of Order: **Consent Order**

Secured Creditor: U.S. Bank National Association, As Trustee For TBW Mortgage-Backed Trust 2006-6, TBW Mortgage Pass-Through Certificates, Series 2006-6

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: Russell L. Low, Esq.

Property Involved ("Collateral"): 3019 Tiller Trail, Stone Mountain, GA 30087

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. Debtor must fulfill any Loss Mitigation requirements by December 1, 2018, or as extended by court order.

2. In accordance with Secured Creditor's timely-filed Proof of Claim, the Debtor's pre-petition arrears are $9,974.45.

3. Debtor shall make monthly adequate protection payments to the Secured Creditor in the amount of $570.73.

SPACE INTENTIONALLY LEFT BLANK

Page 3
Debtor: Omar A. Ferguson
Case No.: 18-14308-MBK
Caption of Order: **Consent Order**

4. In the event that any such mortgage modification or other consensual resolution is not available or if the Debtor fails to comply with the terms of this Order, the Debtor shall acknowledge the pre-petition arrearages as stated above. The Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to a Chapter 7 petition, 3) surrender the property, and/or 4) proceed with this bankruptcy case as deemed appropriate by the court.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| Russell L. Low, Esq. | /s/ Kevin Buttery |
| *Attorney for Debtor* | Kevin Buttery, Esq. |
| Date: | *Attorney for Secured Creditor* |
| | Date: 09/25/2018 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14308-MBK
Omar A. Ferguson                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Oct 04, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             +Omar A. Ferguson,    550 E Maple Ave,    Woodbridge, NJ 07095-3040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association, as Trustee for
       TBW Mortgage-Backed Trust 2006-6, TBW Mortgage Pass-Through Certificates, Series 2006-6
       ajennings@rasflaw.com
      Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee for TBW
       Mortgage-Backed Trust 2006-6, TBW Mortgage Pass-Through Certificates, Series 2006-6
       bkyefile@rasflaw.com
      Russell L. Low    on behalf of Debtor Omar A. Ferguson rbear611@aol.com,
       ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sindi   Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee for TBW
       Mortgage-Backed Trust 2006-6, TBW Mortgage Pass-Through Certificates, Series 2006-6
       smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6