Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 18–14308–MBK
           Chapter: 13
           Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Omar A. Ferguson
   550 E Maple Ave
   Woodbridge, NJ 07095

Social Security No.:
   xxx–xx–9605

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 26, 2019
JAN: wir

                                                                                               Jeanne Naughton
                                                                                               Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                        Case No. 18-14308-MBK
Omar A. Ferguson                                              Chapter 13
          Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jun 26, 2019
                              Form ID: 148             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +Omar A. Ferguson,    550 E Maple Ave,    Woodbridge, NJ 07095-3040
cr             +U.S. Bank National Association, as Trustee for TBW,     Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517369325      +CompanyNameARS ACCOUNT RESOLUTION,     1643 HARRISON PKWY STE 1,    SUNRISE, FL 33323-2857
517369326      +CompanyNameCAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238-1119
517369328      +CompanyNameCREDIT ONE BANK NA,    PO BOX 98875,    LAS VEGAS, NV 89193-8875
517369341      +CompanyNameChikita Killins,    Attn: Haug Law Group, LLC,    8237 Dunwoody Place,
                Atlanta, GA 30350-3302
517369331      +CompanyNameFIA CS,    PO BOX 982238,    EL PASO, TX 79998-2238
517369332      +CompanyNameINNOVATIVE R,    4230 LBJ FREEWAY,    DALLAS, TX 75244-5806
517369333      +CompanyNameLVNV FUNDING LLC,    PO BOX 10497,    GREENVILLE, SC 29603-0497
517369334      +CompanyNameMIDAMERICA/MILESTONE/G,    PO BOX 4499,    BEAVERTON, OR 97076-4499
517369335      +CompanyNameOcwen Loan Servicing, LLC,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
517369336      +CompanyNameSANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
517369337      +CompanyNameSCANA ENERGY MARKETING,    3344 PEACHTREE RD NE STE,    ATLANTA, GA 30326-4801
517369338      +CompanyNameState of New Jersey,    Dept of Labor,    PO Box 951,    Trenton, NJ 08625-0951
517369339      +CompanyNameWEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
517369324      +CompanyNameWilliam H. Arroyo, Esq.,    4228 First Ave., Suite 10,    Tucker, GA 30084-4426
517517612      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TBW,     Attn: Cashiering Department,
                1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517520085       US Bank NA,    Ocwen Loan Servicing LLC,    POB 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:36     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517377466      +EDI: AISACG.COM Jun 27 2019 03:48:00      BMW Financial Services NA, LLC,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517993145       EDI: BANKAMER.COM Jun 27 2019 03:48:00      Bank of America, N.A.,   PO Box 31785,
                Tampa, FL 33631-3785
517519527       EDI: RESURGENT.COM Jun 27 2019 03:48:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
517519757       EDI: RESURGENT.COM Jun 27 2019 03:48:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517458754      +EDI: MID8.COM Jun 27 2019 03:48:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
517381837       EDI: Q3G.COM Jun 27 2019 03:48:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                PO Box 788,   Kirkland, WA 98083-0788
517390113      +EDI: DRIV.COM Jun 27 2019 03:48:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
517396570      +EDI: DRIV.COM Jun 27 2019 03:48:00      Santander Consumer USA Inc,    POB 961245,
                Fort Worth, TX 76161-0244
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517369327       CompanyName[Chikita Killins],    Attn: Colin A. Barron, Esq.
517369329*     +CompanyNameCREDIT ONE BANK NA,    PO BOX 98875,   LAS VEGAS, NV 89193-8875
517369330*     +CompanyNameCREDIT ONE BANK NA,    PO BOX 98875,   LAS VEGAS, NV 89193-8875
517369340*     +CompanyNameWEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,   SAINT CLOUD, MN 56303-0820
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2019                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 26, 2019
                              Form ID: 148             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Aleisha Candace Jennings     on behalf of Creditor    U.S. Bank National Association, as Trustee for
           TBW Mortgage-Backed Trust 2006-6, TBW Mortgage Pass-Through Certificates, Series 2006-6
           ajennings@rasflaw.com
          Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald     on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery     on behalf of Creditor    U.S. Bank National Association, as Trustee for TBW
           Mortgage-Backed Trust 2006-6, TBW Mortgage Pass-Through Certificates, Series 2006-6
           bkyefile@rasflaw.com
          Russell L. Low     on behalf of Debtor Omar A. Ferguson rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sindi   Mncina     on behalf of Creditor    U.S. Bank National Association, as Trustee for TBW
           Mortgage-Backed Trust 2006-6, TBW Mortgage Pass-Through Certificates, Series 2006-6
           smncina@rascrane.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 9
```